David C. West #3426
Attorney for Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 14-25222 WTT |
|---|---|
| CONNIE ELIZABETH TOLEDO, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

**NOTICE OF MOTION FOR ORDER DIRECTING DEBTOR TO TURN OVER 2013 TAX RETURNS AND REFUNDS AND VEHICLE**

**AND NOTICE OF HEARING**

**(Objection Deadline: March 30, 2015)**

**(Hearing Date: April 9, 2015)**

**PLEASE TAKE NOTICE** that David C. West, Trustee of the Chapter 7 bankruptcy estate of the above Debtor, has filed with the United States Bankruptcy Court for the District of Utah, the Motion for Order Directing Debtor to Turn Over 2013 Tax Returns and Refunds and Vehicle (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A copy of the Motion containing the relief requested is being sent to you contemporaneously with this notice.

If you do not want the Court to grant the relief requested in the Motion then:

**(1)** on or before March 30, 2015 you or your attorney must file with the Bankruptcy Court a written objection to the Motion explaining your position, at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before March 30, 2015. You must also mail a copy to the undersigned counsel at the address shown above.

**(2)** attend the hearing on the Motion which is set for April 9, 2015 at 11:00 a.m. in Courtroom 2B, United States Bankruptcy Court, at the Fifth District Court, 206 W. Tabernacle Street, St. George, Utah. Failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without hearing.

DATED this 11th day of March, 2015.

/s/
David C. West
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

**By Notice of Electronic Filing (CM/ECF)**

I hereby certify that on March 11, 2015, I electronically filed the foregoing **Notice of Motion For Order Directing Debtor To Turn Over 2013 Tax Returns and Refunds and Vehicle and Notice of Hearing** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Bryan Adamson    badamson@dixielegal.com, jpeterson@dixielegal.com
Benjamin J. Mann    ben@halliday-watkins.com
United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
David C. West    davewest@infowest.com, ut14@ecfcbis.com

**By U.S. Mail** - Regular first class United States mail, postage fully prepaid

I hereby certify that on March 11, 2015, I caused to be served a true and correct copy of the foregoing **Notice of Motion For Order Directing Debtor To Turn Over 2013 Tax Returns and Refunds and Vehicle and Notice of Hearing** as follows:

Connie Elizabeth Toledo
Debtor
1067 West Eclipse Drive
St. George, UT 84770

/s/
David C. West