**The below described is SIGNED.**

**Dated: March 9, 2015**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

tks

David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 14-25222 WTT |
|---|---|
| CONNIE ELIZABETH TOLEDO, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY

Upon the application of David C. West, Trustee in the above-entitled case, seeking authority to employ David C. West under an hourly rate plus costs advanced arrangement to represent him as Trustee, and it appearing that David C. West is an attorney duly authorized to practice in this Court, and the Court being satisfied that David C. West does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14):

**IT IS HEREBY ORDERED** that David C. West, as such Trustee, be and he is hereby authorized to employ David C. West to represent him on an hourly rate of $275.00 per hour plus costs advanced arrangement for the marshaling and obtaining turnover of assets receivable and objecting to exemptions and claims in the above-entitled bankruptcy matter.

_____End of Document_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

    Bryan Adamson    badamson@dixielegal.com, jpeterson@dixielegal.com
    Benjamin J. Mann    ben@halliday-watkins.com
    United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
    David C. West tr    davewest@infowest.com, ut14@ecfcbis.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ P. 5(b).

    Connie Elizabeth Toledo
    Debtor
    1067 West Eclipse Drive
    St. George, UT 84770

    /s/
    David C. West

```
                              United States Bankruptcy Court
                                    District of Utah
In re:                                                                  Case No. 14-25222-WTT
Connie Elizabeth Toledo                                                 Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 1088-2          User: mkz                  Page 1 of 1                  Date Rcvd: Mar 09, 2015
                              Form ID: pdfor1            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2015.
db             +Connie Elizabeth Toledo,    1067 West Eclipse Dr.,    Saint George, UT 84770-8037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2015 at the address(es) listed below:
              Benjamin J. Mann    on behalf of Creditor    U.S. Bank National Association as Trustee for Lehman
               XS Trust, Series 2006-GP4 ben@halliday-watkins.com
              Bryan Adamson     on behalf of Debtor Connie Elizabeth Toledo badamson@dixielegal.com,
               jpeterson@dixielegal.com
              David C. West    on behalf of Trustee David C. West tr davewest@infowest.com,    ut14@ecfcbis.com
              David C. West tr    davewest@infowest.com,   ut14@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 5